UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VLADIMIR G. SIDILINSKIY,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5795-FDB<br><br><br><br><br><br>ORDER |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including August 2, 2006, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including August 16, 2006, to file Plaintiff's Reply Brief.

Page 1        ORDER - [C05-5795-FDB]

DATED this 17th day of July, 2006.

/s/ Karen L. Strombom

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Joanne Dantonio
JOANNE DANTONIO
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone:  206-615-2730
Fax:      206-615-2531
joanne.dantonio@ssa.gov

Page 2        ORDER - [C05-5795-FDB]